**IT IS ORDERED as set forth below:**

**Date: February 20, 2019**

_____

**Sage M. Sigler**
**U.S. Bankruptcy Court Judge**

_____

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| AMBER MCDERMOTT LAND TRUST, | CASE NO. 18-71640-SMS |
| Debtor. | |
| MIDFIRST BANK, ITS SUCCESSORS AND/OR ASSIGNS, | CONTESTED MATTER |
| Movant, | |
| vs. | JUDGE: SAGE M. SIGLER |
| AMBER MCDERMOTT LAND TRUST, Debtor, and S. GREGORY HAYS, Trustee, | |
| Respondents. | |

### **ORDER**

Movant's Motion for Relief [Dkt. 8] filed on January 16, 2019, came on for hearing February 13, 2019. No opposition was presented to Movant's Motion, and Trustee did not appear to oppose it. It is therefore

ORDERED that the stay of 11 U.S.C. Section 362(a) is modified to allow Movant and its assignees to proceed with foreclosure and recover possession in accordance with state law of its collateral described in the Motion and further known as 1250 Matt-Moore Court, Lithia Springs, GA 30122. If the sale results in proceeds in excess of Movant's secured indebtedness, reasonable fees and foreclosure costs, Movant's counsel shall immediately notify Trustee and Debtor's counsel of same, and shall promptly forward such excess proceeds to the Trustee. It is further

ORDERED that Movant, at its option, is permitted to exercise all rights and remedies with respect to the Security Deed and underlying debt and to contact the Debtor via telephone or written correspondence regarding potential loss mitigation options pursuant to applicable non-bankruptcy law, including loan modifications, deeds in lieu of foreclosure, short sales and/or any other potential loan workouts or loss mitigation agreements, or foreclosure-related activities. The entry of this Order does not absolve the Debtor of the duty to file any necessary pleadings, amendments, or plan modifications that may be required with regard to such a loan modification. It is further

ORDERED that the 14-day period under B.R. 4001(a)(3) is waived.

END OF DOCUMENT

Order presented by:


 /s/ J. Kelsey Grodzicki_____
**J. KELSEY GRODZICKI**
Georgia Bar No. 134259
Attorney for Movant
**CAMPBELL & BRANNON, LLC**
Glenridge Highlands II
5565 Glenridge Connector, Suite 350
Atlanta, Georgia 30342
(678) 443-6454 (phone)
(770) 396-2171 (fax)
kgrodzicki@campbellandbrannon.com

No Opposition by:


        */s/ S. Gregory Hays*
S. Gregory Hays by J. Kelsey Grodzicki with express permission
Chapter 7 Trustee
Hays Financial Consulting, Inc.
2964 Peachtree Road
Suite 555
Atlanta, GA  30305
404-926-0060




Distribution List:

Amber McDermott Land Trust
1250 Matt Moore Court
Lithia Springs, GA  30122


S. Gregory Hays
Suite 555
2964 Peachtree Road
Atlanta, GA  30305

Campbell & Brannon, LLC
Attorneys for Movant
5565 Glenridge Connector, Suite 350
Atlanta, GA  30342