2/28/2019

RE: AMBER McDERMOTT LAND TRUST

DEBTOR

MIDFIRST BANK

MOVANT,

VS

AMBER McDERMOTT LAND TRUST
DEBTOR,
& S. GREGORY HAYS, TRUSTEE,

RESPONDENTS

CHAPTER 7
CASE No. 18-71640-sms
CONTESTED MATTER
JUDGE: SAGE SIGLER

REQUEST TO RE-OPEN CASE

THIS IS AMBER McDERMOTT LAND TRUST. I WAS TARDY TO THE MOTION TO REMOVE AUTOMATIC STAY SCHEDULED ON FEBRUARY 13th, 2019, DUE TO ROADBLOCKS & CONSTRUCTION CAUSING TRAFFIC DELAYS THAT DAY.

IF POSSIBLE, CAN THIS HEARING BE RE-OPENED?

PLEASE ADVISE.

I CAN BE REACHED BY MAIL @ 1250 MATT MOORE COURT, LITHIA SPRINGS, GA 30122.

Kind Regards,

Amber McDermott